# IN THE SUPREME COURT OF THE STATE OF NEVADA

STACEY MICHELLE ROSEN,
                    Appellant,

vs.

FRED ROSEN,
                    Respondent.

No. 73305

FILED

SEP 11 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Mathew Harter, District Judge
      Robert E. Gaston, Settlement Judge
      Ghandi Deeter Blackham
      Jacobson Law Office, Ltd.
      Eighth District Court Clerk

17-30416